# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SARAH ODAWARE WHITE | DOCKET NO. 6:09-cv-1595 |
| V. | SECTION "P" |
| WARDEN LOUISIANA TRANSITIONAL | JUDGE MELANÇON |
| CENTER FOR WOMEN | MAGISTRATE JUDGE HILL |

## ORDER

On September 9, 2009, *pro se* petitioner, Sarah Odaware White, filed the instant petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Petitioner is incarcerated at the Louisiana Transitional Center for Women in Tallulah, Louisiana. However, she attacks her convictions for aggravated battery, carjacking, resisting an officer, aggravated fight from an officer and theft of animals, as well as her subsequent adjudication as a multiple offender, entered in Louisiana's Twenty-Second Judicial District Court for St. Tammany Parish, Louisiana. Since the petition attacks convictions which occurred in a Parish and Judicial District located within the geographical jurisdiction of the United States District Court for the Eastern District of Louisiana, venue is proper there. Therefore, in accordance with the provisions of 28 U.S.C. §2241(d);

**IT IS ORDERED THAT** the petition for writ of *habeas corpus* is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana

Signed in Chambers, Lafayette, Louisiana, on September 11, 2009.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE